**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SHERRI R. LOWE,** ) | |
|       **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:09-CV-0806-D |
| ) | |
| **WELLCARE HEALTH PLANS, INC., and** ) | |
| **IRVING GILBERT,** ) | |
|       **Defendants.** ) | |

## ORDER

After conducting *de novo* review, the court concludes that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

September 22, 2009

 

_____
SIDNEY A. FITZWATER
CHIEF JUDGE